No. 837. Godfrey *v.* Godfrey, Executor. Jurisdictional statement submitted April 25, 1932. Decided May 2, 1932. *Per Curiam:* The motion for leave to proceed further herein *in forma pauperis* is denied. The appeal is dismissed for the want of jurisdiction. Section 237 (a)

Judicial Code as amended by the Act of February 13, 1925 (43 Stat. 936, 937). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari (§ 237 (c), Judicial Code, as amended, 43 Stat. 936, 938), certiorari is denied. *Mr. Joseph W. Robinson* for appellant. No appearance for appellee.